## RECONSIDERATION OF PRIOR DECISIONS

**2002–1503.   State ex rel. Hayes v. Indus. Comm.**

Franklin App. No. 01AP–1087, 2002-Ohio-3675. Reported at 97 Ohio St.3d 1464, 2002-Ohio-6317, 779 N.E.2d 232.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, granted, and that this case be restored to the regular docket.

IT IS FURTHER ORDERED by the court that appellees' brief shall be due within thirty days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.